UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOSHUA PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-50380 |
| ) | |
| ANGSTEN GROUP, INC., ) | |
| d/b/a SHOPWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, JOSHUA PROCTOR ("Plaintiff), by and through his attorneys, HolmstromKennedyPC, and for his Complaint at Law against Defendant, ANGSTEN GROUP, INC., d/b/a SHOPWARE, INC. ("Defendant"), states and alleges as follows:

**INTRODUCTION**

The Plaintiff, JOSHUA PROCTOR, seeks redress under the Fair Labor Standards Act, 29 U.S.C. 201, et seq. and the Illinois Labor Code 820 § 105/4a for Defendant's failure to pay overtime wages.

**PARTIES**

1. Plaintiff at all times relevant was an employee of Defendant and a resident of Kane County, Illinois.

2. Defendant is a domestic corporation incorporated under the laws of the State of Illinois with its principal place of business at 2175 Point Blvd, Suite 100, Kane County, Elgin, Illinois.

## JURISDICTION AND VENUE

3. The Northern District has jurisdiction over Plaintiff's FLSA claims pursuant to 29 U.S.C. § 216(b) and all federal claims subject to 28 U.S.C. § 1331.

4. The Court has supplemental jurisdiction to hear the Illinois state court claims under 28 U.S.C. § 1367.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) and (c) as all parties reside in the Western Division of the Northern District of Illinois and a substantial part of the events which are alleged herein occurred in the Western Division of the Northern District of Illinois.

## COUNT I

### Violation of the Fair Labor Standards Act – Overtime Wages

6. This count arises from the Defendant's violation of the Fair Labor Standards Act, hereinafter referred to as the FLSA, 29 U.S.C. § 201, for its failure to pay overtime wages to Plaintiff for all hours worked.

7. The Defendant is an "employer" within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

8. The Defendant was engaged in commerce and the production of goods in commerce.

9. At all relevant times herein, Plaintiff was employed by Defendant as an "employee" subject to the FLSA. Plaintiff performed a variety of job duties and responsibilities for Defendant within this Judicial District. During the course of his employment by Defendant, Plaintiff was not exempt from the overtime wage provisions of the FLSA, 29 U.S.C. § 207.

10. Plaintiff worked in excess of forty hours per week.

11. Pursuant to 29 U.S.C. § 207, for all weeks during which the Plaintiff worked in excess of forty hours, he was entitled to be compensated at a rate of one and one-half times his rate of pay for hours worked in excess of forty hours in individual weeks.

12. During the months of June 2015 to July 2018, Plaintiff commonly worked 55-60 hours per week and occasionally exceeded 60 hours per week as a support technician.

13. Defendant did not compensate Plaintiff at a rate of one and one-half times his rate of pay for any overtime hours worked.

14. The Defendant's failure to pay overtime wages for hours worked in excess of forty hours per week demonstrates a willful violation of FLSA 29 U.S.C. § 201 as Defendant had no reasonable grounds for believing that failing to pay overtime wages was not a violation of the FLSA.

WHEREFORE, Plaintiff, JOSHUA PROCTOR, respectfully prays for the following:

A. A judgment in the amount of one and one-half times Plaintiff's hourly wage rate for all hours in which Plaintiff worked in excess of forty hours per week;

B. Liquidated damages in an amount equal to the amount of unpaid overtime compensation found due;

C. Reasonable attorneys' fees and costs incurred in filing this action as provided pursuant to 29 U.S.C. §216(b); and

D. Such other and further relief as this Court deems appropriate and just.

## COUNT II

### Violation of the Illinois Minimum Wage Law – Overtime Wages

15. The Plaintiff re-alleges and incorporates by references Paragraphs 1 through 14 as though fully plead herein.

16. This Court has supplemental jurisdiction over the matters alleged herein pursuant to 28 U.S.C. § 1367.

17. At all relevant times herein, Plaintiff was employed by Defendant as an "employee" subject to the Illinois Minimum Wage Law, 820 ILCS 105/3(c). Plaintiff performed a variety of job duties and responsibilities for Defendant within this Judicial District. During the course of his employment by Defendant, Plaintiff was not exempt from overtime wage provisions of the Illinois Minimum Wage Law.

18. Plaintiff worked in excess of forty hours per week.

19. Pursuant to 820 ILCS 105/3, for all weeks during which the Plaintiff worked in excess of forty hours, he was entitled to be compensated at a rate of one and one-half times his normal hourly rate of pay for hours worked in excess of forty hours in individual weeks.

20. During the months of June 2015 to July 2018, Plaintiff commonly worked 55-60 hours per week and occasionally exceeded 60 hours per week as a support technician.

21. The Defendant's failure to pay overtime wages for all hours worked in excess of forty hours per week was a willful violation of the Illinois Minimum Wage Law, 820 ILCS 105/3.

WHEREFORE, Plaintiff, JOSHUA PROCTOR, respectfully prays for the following:

A. A judgment in the amount of one and one-half times Plaintiff's hourly wage rate for all hours in which Plaintiff worked in excess of forty hours per week;

  B. Punitive damages of 2% per month pursuant to the formula set forth in 820 ILCS 105/12(a);

  C. Reasonable attorneys' fees and costs incurred in filing this action; and

  D. Such other and further relief as this Court deems appropriate and just.

## JURY DEMAND

Plaintiff, JOSHUA PROCTOR, by his attorneys, HolmstromKennedyPC, demands a jury trial pursuant to Federal Rule of Civil Procedure 38(b).

        JOSHUA PROCTOR, Plaintiff

      BY: HOLMSTROMKENNEDYPC,
        His Attorneys


      BY: /s/ Alexander J. Mezny
        One of Its Attorneys

ALEXANDER J. MEZNY (#6209513)
JOCELYN L. KOCH (#6298482)
RYAN M. GAILEY (#6305971)
HOLMSTROMKENNEDYPC
800 North Church Street
Rockford, IL 61103
(815) 962-7071
(815) 962-7181 (fax)
ajm@hkrockford.com
jkoch@hkrockford.com
rgailey@hkrockford.com
4851-0078-4257, v. 1